1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 3:18-cv-02538-GPC-BLM |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| vs. | |
| RLJ HYH SAN DIEGO, LP, a Delaware limited partnership dba Hyatt House, | **[ECF No. 8]** |
| Defendant. | |

Upon Joint Motion and good cause shown,

IT IS HEREBY ORDERED dismissing the above case; each party to bear their own fees and costs.

Dated: March 15, 2019

Hon. Gonzalo P. Curiel
United States District Judge